PAUL THOMAS CLARK
CLARK and FEENEY, LLP
Attorneys for Plaintiffs
The Train Station
1229 Main Street
P.O. Drawer 285
Lewiston, Idaho 83501
Telephone: (208)743-9516
Idaho State Bar No. 1329

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENNIS "JOE" ROSS and POLLY MOZINGO, the natural parents of JUSTIN ROSS, decedent,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO COUNTY, a political subdivision of the State of Idaho, IDAHO COUNTY SHERIFF'S DEPARTMENT a governmental agency of the State of Idaho, DOUGLAS GIDDINGS, individually and in his official capacity, JACK PAULSEN a/k/a SCOTT PAULSEN, individually and in his official capacity, and JOHN DOES 1-50, individually and in their official capacity,<br><br>Defendants. | Case No. CV 3:18-cv-498-BLW<br><br>**STIPULATION TO EXTEND MEDIATION DEADLINE** |

  COMES NOW the above-named Plaintiffs, DENNIS "JOE" ROSS and POLLY MOZINGO, the natural parents of JUSTIN ROSS, decedent, by and through their attorney of record, Paul Thomas Clark, and the above-named Defendants Idaho County, Idaho County Sheriff's Department, Douglas Giddings, and Jack Paulsen A/k/a Scott Paulsen, and stipulate to extend the mediation deadline to

**STIPULATION -1-**

**December 31, 2019,** as the parties presently have mediation scheduled for **Monday, December 9, 2019, at 9:30 a.m.**

DATED this _____ day of _____, 2019.

CLARK AND FEENEY, LLP

By: _____
Paul Thomas Clark
Attorneys for Plaintiff


CLEMENTS, BROWN & MCNICHOLS, P.A.

By: _____
Bentley G. Stromberg
Attorneys for Defendants

STIPULATION -2-